# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

CYRILL KOLOCOTRONIS, )
)
               Plaintiff, )
)
               v. ) No. 06-4019-CV-C-NKL
)
DAN SULLIVAN, et al., )
)
             Defendants. )

## ORDER

On March 27, 2006, plaintiff filed exceptions to the March 1, 2006 report and recommendation of the United States Magistrate Judge. On that same date, this court adopted the report and recommendation of the Magistrate Judge, dismissed plaintiff's claims and denied plaintiff's motion for leave to proceed in forma pauperis.

Plaintiff's untimely exceptions will be treated as a motion to alter or amend the judgment under Fed. R. Civ. P. 59(e) because it was filed within ten days of the date judgment was entered. See Johnson v. Johnson, No. 91-1942EM, slip op. (8th Cir. Oct. 4, 1991) (unpublished).

The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation.

IT IS, THEREFORE, ORDERED that plaintiff's request to alter or amend the judgment is denied [5].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: April 23, 2006
Jefferson City, Missouri